UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELSEA HOLTON, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 4:25-CV-00286 PLC |
| v. | ) ) ) |
| GREATER GOODS, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [ECF No. 18] The parties stipulate to dismissal without prejudice of the action, with each party to bear her or its own costs and expenses. After careful consideration,

**IT IS HEREBY ORDERED** that the Rule 16 scheduling conference set for June 17, 2025, is **VACATED**.

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendant is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of June, 2025